```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12483
   MIKASA ROSS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8038


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/13/2007 and was not confirmed.

      The case was dismissed without confirmation 09/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

WASHINGTON MUTUAL           CURRENT MORTG          .00           .00            .00
WASHINGTON MUTUAL           MORTGAGE ARRE      3416.54           .00            .00
AMERICAS SERVICING COMPA    CURRENT MORTG          .00           .00            .00
AMERICAS SERVICING COMPA    SECURED NOT I          .00           .00            .00
WASHINGTON MUTUAL           NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO FINANCIAL IL    SECURED VEHIC      9000.00           .00            .00
CITY OF CHICAGO WATER DE    SECURED             126.18           .00            .00
MB FINANCIAL                SECURED VEHIC     24071.16           .00            .00
ADT                         UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00            .00
TSYS DEBT MANAGEMENT        UNSECURED          1362.41           .00            .00
MB FINANCIAL BANK           NOTICE ONLY     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED           976.65           .00            .00
ECAST SETTLEMENT CORP       UNSECURED           875.51           .00            .00
RESURGENT CAPITAL SERVIC    UNSECURED          6937.40           .00            .00
WELLS FARGO FINANCIAL IL    UNSECURED           397.71           .00            .00
WELLS FARGO FINANCIAL BA    UNSECURED          3493.00           .00            .00
AMERICAN HOME MORTGAGE      NOTICE ONLY     NOT FILED            .00            .00
MB FINANCIAL                UNSECURED          2071.16           .00            .00
WELLS FARGO FINANCIAL IL    UNSECURED          2892.07           .00            .00
SELECT PORTFOLIO SERVICI    CURRENT MORTG          .00           .00            .00
SELECT PORTFOLIO SERVICI    MORTGAGE ARRE       980.37           .00            .00
B-REAL LLC                  UNSECURED           374.47           .00            .00
PHILIP A IGOE               DEBTOR ATTY            .00                          .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                              .00
SECURED                                               .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12483 MIKASA ROSS

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 12/27/07           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE